IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON JAMES BILBY, | |
| Plaintiff, | NO. 3:15-CV-00011 |
| v. | (JUDGE CAPUTO) |
| SGT. LACEY, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this ____ day of March, 2016, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 18) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 15) is **GRANTED**.

(3) Plaintiff's claim for punitive damages against Defendants in their official capacities is **DISMISSED** *sua sponte*.

(4) Plaintiff will be given **thirty (30) days** leave to amend his Complaint to identify the remaining John Doe Defendants and to assert a cognizable Eighth Amendment deliberate indifference claim against certain Defendants arising out of the failure to provide medical treatment for his seizure; and

(3) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge