## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON JAMES BILBY, | |
| Plaintiff, | No. 3:15-CV-11 |
| v. | (JUDGE CAPUTO) |
| SGT. LACEY, ET AL., | (MAGISTRATE JUDGE MEHLACHICK) |
| Defendants | |

## ORDER

**NOW** this 27th day of July, 2016, upon review of Magistrate Judge Mehalchick's Report and Recommendation (Doc. 20) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge